### On a Libel: John Whitehorne vs Wreckt Goods

Having heard the Libel of the s^d John Whitehorne late master of the Sloop Swallow in behalf of himself and the owners of s^d Sloop and also the Claim made by William Callender and Company Merchants in Philadelphia to the Goods Enumerated in the Libel: I having also heard all the Proofs Allegations and authorities adduced by the Parties on both sides and duly considered the Same — it Appears to me by the Evidences in the Case, that the Goods Specified in the Libel Are the Sails, Rigging, Anchors, Cables and other Stores and part of the Cargoe lately belonging to the Brigantine Chaulkey of Philadelphia whereof John Anderson was late Master and which was unfortunately Cast away on the Eleventh day of July last at night upon one of the Keys Call^d hogsties: and as it has been Conceded and allow'd by the Appellant that they the s^d. Claimants were the owners and Proprietors of the s^d Brigantine: I am of Opinion that they have a property in the Goods Mention'd in the Libel, and have a Right to the Restitution thereof in paying Reasonable Salvage for the same. It is therefore Considered and Decreed that he the s^d John Whitehorne Restore and deliver to the s^d William Callender and Company all and Singular the Sails, Rigging, Anchors, Cables, Provisions and other Goods and Stores enumerated and Specified in the s^d Libel they the s^d Claimants paying to the John Whitehorn (for the use of those to whom of Right the Same doth belong) the Sum of Eight hundred Pounds in Publick Bills of Credit of the old Tenour in lieu of Salvage including therein all Losses, Charges, and Labour which he the s^d John Whitehorne, or his owners have Suffer'd, Sustain'd, or undergone in the premises untill the time of their delivery and it is further order'd and Decreed that the s^d Claimants pay the cost of this Court: Taxed at £30/16/0.

Samuel Wickham Dep^t Judge